UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTON EWING, | Case No.: 19cv845-LAB-LL |
|---|---|
| Plaintiff, | **ORDER STRIKING DECLARATION** |
| v. | |
| ALIERA HEALTHCARE, | |
| Defendant. | |

On July 17, 2019, Plaintiff, proceeding *pro se*, filed a document titled "Declaration of Anton Ewing." ECF No. 11. The declaration states, *inter alia*, "This is not a motion to the Court." Id. Plaintiff states that the purpose of the filing is to "document" his interactions with opposing counsel. Id. The Court finds the declaration is immaterial because it is not seeking relief from the Court, the Court did not request the filing, and the declaration is not part of an appropriately-filed motion. Additionally, although Plaintiff is proceeding without counsel, self-represented litigants must follow the same rules of procedures that govern other litigants. See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995) (citation omitted). The Civil Local Rules also state that "[a]ny person appearing propria persona is bound by these rules of court and by the [Federal Rules of Civil Procedure] or [Federal Rules of Criminal Procedure], as appropriate. Failure to comply therewith may be ground

///

for dismissal or judgment by default." CivLR 83.11(a). Accordingly, the Court *sua sponte* **STRIKES** Plaintiff's declaration [ECF No. 11] from the record. <u>See</u> Fed. R. Civ. P. 12(f).

**IT IS SO ORDERED**.

Dated: July 18, 2019

Honorable Linda Lopez
United States Magistrate Judge