UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALIERA HEALTHCARE,<br><br>　　　　　　　　　　Defendant. | Case No.: 19cv845-LAB-LL<br><br>**ORDER RE: PLAINTIFF'S REQUEST TO FILE MOTION FOR SANCTIONS** |

On July 24, 2019, Plaintiff, Anton Ewing, and counsel for Defendant, Mark Rackers, jointly called the Court regarding Mr. Ewing's request to file a motion for sanctions. Mr. Ewing requested leave from the Court to file a motion for sanctions for conduct that he believes is in violation of Civil Rule 83.4. Specifically, Mr. Ewing represented that during a telephone call with Mr. Rackers on July 23, 2019, Mr. Rackers prematurely hung up the phone. Mr. Ewing believes that this conduct violates Civil Rule 83.4 of Professionalism. Based on a summary of the incident during the discovery call, it does not appear to the Court that the conduct of one isolated incident of hanging up the phone prematurely warrants sanctions. The Court reminds the parties of their respective obligations to act professionally and ethically during the course of this litigation. The Court also reminds the parties to utilize their time in this litigation wisely and to conduct discovery expeditiously per the deadlines set forth in this Court's July 22, 2019 Scheduling Order [ECF No. 14].

/ / /

To the extent that Mr. Ewing still seeks to file a motion for sanctions because Mr. Rackers hung up on phone on him prematurely, the Court sets the following briefing schedule:

1. Plaintiff may file a motion on or before **July 29, 2019**;
2. Defendant may file an opposition on or before **August 2, 2019**.
3. No replies shall be filed unless otherwise ordered by the Court.

The parties' respective motion and opposition are limited to **four (4) pages** and no attachments or exhibits shall be included. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and **no personal appearances will be required.**

**IT IS SO ORDERED**.

Dated: July 24, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge