UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                      Plaintiff,<br><br>v.<br><br>ALIERA HEALTHCARE,<br><br>                      Defendant. | Case No.: 19-cv-845-CAB-LL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR PERMISSION TO FILE INTERLOCUTORY APPEAL**<br><br>[Doc. No. 36] |

On August 12, 2019, the Court overruled Plaintiff's objection to Magistrate Judge Lopez's order denying his request that she recuse from this case. [Doc. No. 33.] Plaintiff now requests a certificate of appealability pursuant to 28 U.S.C. § 1292(b). Because the Court's order denying Plaintiff's objection does not "involve[] a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation," *see* 28 U.S.C. § 1292(b), Plaintiff's request is **DENIED**. *Cf. Berman v. Knife River Corp.,* No. 5:11-CV-03698-PSG, 2014 WL 12647735, at *1 (N.D. Cal. July 31, 2014) (noting that in *In re Cement Antitrust Litig.*, 673 F.2d 1020, 1027 (9th Cir. 1982), "[t]he Ninth Circuit explained that "'it is difficult' to 'think of a question which is more separable from and

collateral to the merits of this lawsuit than is the question of [a trial judge's] recusal decision.'").

It is **SO ORDERED**.

Dated: August 19, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge